**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

In re: Grand Jury Subpoena,

MATTHEW COLE,

Subpoenaed Party.

Case No. 4:26dm1

4:25G1/NN25-2386

**MATTHEW COLE'S MOTION TO QUASH GRAND JURY SUBPOENA**

Matthew Cole ("Mr. Cole"), by and through counsel, hereby moves this Court to quash a subpoena *ad testificandum* (the "Subpoena") summoning him to testify before a federal grand jury in this district on June 8 through 10, 2026. In support of the same, Mr. Cole relies upon the arguments and authorities set forth in the accompanying Memorandum of Law in Support.

Dated: June 5, 2026

Respectfully submitted,

*/s/ Andrew Bosse*
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel: (757) 904-5373

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 383-8000

*Counsel for Movant Matthew Cole*
**Pro hac vice* forthcoming.

## CERTIFICATE OF SERVICE

I certify that on June 5, 2026, I sent a true and correct copy of the foregoing to counsel for the government in the U.S. Attorney's Office for the Eastern District of Virginia and the National Security Division of the Department of Justice by electronic mail.

Respectfully submitted,

*/s/ Andrew Bosse*
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel: (757) 904-5373

*Counsel for Movant Matthew Cole*