**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

In re: Grand Jury Subpoena,

MATTHEW COLE,

Subpoenaed Party.

Case No. 4:26dml

4:25G1/NN25-2386

## MOTION TO COMPEL DISCLOSURE OF ANY SUBPOENA, COURT ORDER, OR WARRANT TO THIRD PARTIES

Matthew Cole, by and through counsel, respectfully moves this Court to compel disclosure of any subpoena, court order, or warrant issued to any third party that seeks his information or records, or information or records of anyone associated with him, in connection with this investigation.

In support of this Motion, Mr. Cole relies on the arguments set forth in the Memorandum of Law in Support of Motion to Compel Disclosure of Any Subpoena, Court Order, or Warrant to Third Parties filed contemporaneously herewith.

WHEREFORE, Mr. Cole respectfully requests that the Court grant this Motion and compel disclosure of any subpoena, court order, or warrant issued to any third party that seeks his information or records, or information or records of anyone associated with him, in connection with this investigation.

Dated: August 4, 2026

Respectfully submitted,

*/s/Andrew Bosse*
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel: (757) 904-5373

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 383-8000

*Counsel for Movant Matthew Cole*
**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on August 4, 2026, I sent a true and correct copy of the foregoing to counsel for the Government in the United States Attorney's Office for the Eastern District of Virginia and the National Security Division of the Department of Justice by electronic mail.

*/s/Andrew Bosse*
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel.: (757) 904-5373

*Counsel for Movant Matthew Cole*