# EXHIBIT D

# EXHIBIT A

ORIGINAL

4:25GI/NN25-2386

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Matthew Cole

Phone: [redacted]

Address: [redacted]

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | | | |
|---|---|---|---|
| Place: | U.S. District Court<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | 3/9/2026 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Enter requirements

Date: 2/9/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

BRIAN J. SAMUELS, Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606 (757) 591-4000

## PROOF OF SERVICE

This subpoena for ____________ was received by me on ____________
*Date*

☐ I served the subpoena by delivering a copy to the named person as follows:

______________________________________________________________

______________________________________________ on ____________ ; or
*Date*

☐ I returned the subpoena unexecuted because:

______________________________________________________________

______________________________________________________________

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's Signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

4:25G1/NN25-2386

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:

Phone:
Fax:
Email:

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: U.S. District Court<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: 3/9/2026 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:Enter requirements

Date: 2/9/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

BRIAN J. SAMUELS, Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606 (757) 591-4000

## PROOF OF SERVICE

This subpoena for ________________ was received by me on ________________
*Date*

☐ I served the subpoena by delivering a copy to the named person as follows:

________________________________________

________________________________ on ________________ ; or
*Date*

☐ I returned the subpoena unexecuted because:

________________________________________

________________________________________

I declare under penalty of perjury that this information is true.

Date: ________________

________________________
*Server's Signature*

________________________
*Printed name and title*

________________________
*Server's address*

Additional information regarding attempted service, etc.:

U.S. Department of Justice

United States Attorney
Eastern District of Virginia

One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606

757/591-4000
FAX: 757/591-0866

February 9, 2026

TO:

Re:4:25G1 / NN25-2386

Dear Sir or Madam:

A subpoena has been issued for your appearance as a witness before a federal grand jury in this District. It is the policy of the Department of Justice and this Office to provide the following basic information to ALL witnesses concerning their appearance before the grand jury.

Although the subpoena directs you to appear on 3/9/2026 at 9:30 am., the actual date and time of your appearance may be scheduled at a different time. Please call SA Brad Smith, FBI, (771) 227-9301, for the time of your actual appearance.

The grand jury consists of sixteen to twenty-three persons who inquire into federal crimes which may have been committed in this judicial District. Only authorized persons may be present in the grand jury room while evidence is being presented. This means that the only persons who may be present while testimony is being given are members of the grand jury, attorneys for the government, the witness under examination, an interpreter when needed, and for the purpose of taking evidence, a stenographer or operator of a recording device.

As a grand jury witness, you will be asked to testify and answer questions concerning possible violations of federal criminal law. The public through the grand jury has a right to every person's evidence, except where the privilege against self-incrimination would apply.

The mere fact that this letter is provided to a person subpoenaed to testify before a grand jury should not be taken as any implication or suggestion that the person subpoenaed is likely to be charged (indicted) with the crime under investigation.

During your experience as a witness before a grand jury, you will be expected to answer all questions asked of you, except to the extent that a truthful answer to a question would tend to incriminate you. An untruthful answer to any question may be the basis for prosecuting the untruthful witness for perjury. Anything that you say may be used against you by the grand jury or may later be used against you in court. You may consult your attorney before testifying; you may have your attorney outside the grand jury room, and if you desire, you will be afforded a reasonable opportunity to step outside the grand jury room to consult with your attorney before answering any question.

If you have any questions concerning the general subject matter of your appearance, or other questions, you may contact the United States Attorney's Office at 757-591-4000.

Sincerely,

Todd W. Blanche
Deputy Attorney General

By: BJS/ymc
Brian J. Samuels
Assistant United States Attorney

**NOTICE TO FACT WITNESSES - READ UPON RECEIPT OF SUBPOENA**

**You have been subpoenaed by the United States Government to testify in Federal District Court in Norfolk or Newport News, Virginia. The following information is provided for your convenience.**

**WHEN ENTERING THE COURT, PLEASE REMEMBER TO BRING YOUR PICTURE ID. THERE ARE NO CELL PHONES, PAGERS, LAPTOPS, OR ANY ELECTRIC DEVICES ALLOWED IN THE COURTHOUSE.**

**Out-of-State Witnesses: The Government will pay your travel expenses as follows.** All travel arrangements must be made with Ms. Darcel Sessoms, Victim/Witness Specialist, at 1-800-221-6523, ext. 3352, or (757) 441-6331, ext. 3352, who will provide you with an itinerary, confirmation numbers, etc.

**Air Fare:** Travelers will travel via regular coach fare only. If you do not wish to travel via airplane, you may elect to travel using other options (i.e. train, private vehicle) with time permitting. Please note, if you chose to travel via private vehicle, you are entitled to reimbursement up to the cost of the lowest government contracted air fare from your place of origin. If the cost is lower than a round-trip airline ticket, you will only be reimbursed for the mileage from your home to your destination at the rate of $0.54 cents a mile. Mileage reimbursement exceeding $250.00 must be preapproved. (This option must be prearranged.)

**Hotel:** All hotel arrangements must be made by the United States Attorney's Office. The room will be direct billed to the United States Attorney's Office. If hotel accommodations are needed, arrangements can be made by calling Ms. Sessoms at the number listed-above. *You will be responsible for excess costs and additional expenses of personal preference, including restaurant charges, movie rental fees, and phone calls. The charges for these services must be settled with the hotel prior to departure*. If you stay with family/friends you will not be funded for a hotel.

**Meals:** You will be reimbursed for meals only if you are required to remain away from home overnight. **Newport New Witnesses**: The maximum meal allowance is $25.50 for each travel day and $51.00 for additional days away from home. **Norfolk Witnesses**: The maximum meal allowance is $25.50 for each travel day and $51.00 for additional days away from home. **Receipts are not required for meals.**

**Taxi/Airport Limo:** You will be reimbursed for the most economical ground transportation to/from the airport/hotel. A receipt is required. If you drive to your home airport, reimbursement will be at $0.54 cents per mile and for parking at the airport (with a receipt). Rental cars **are not** reimbursable except in unique circumstances and with preapproval.

**Parking/Tolls:** Parking and toll costs will be reimbursed only with receipts. Additionally, you are responsible for payment of any parking citations which will not be reimbursed. ***If you are needed in Norfolk, it is recommended that you park at the SCOPE parking garage in lieu of metered parking as parking attendants are very strict.***

**Witness Fees:** Pursuant to federal statute, all witnesses receive $40.00 for each day that their appearance is required, including travel days.

**Local Witnesses:** Pursuant to federal statute, you will receive a witness fee and reimbursements for mileage, parking and tolls (if a loss is incurred).

**All Witnesses**: After you have testified, you must complete a Fact Witness Voucher and attach original receipts. The U.S. Attorney's Office will review and forward the voucher to the U.S. Marshals Service in Richmond for payment. **The U.S. Marshals Service will mail your reimbursement check approximately six weeks after the voucher has been processed.**

On the business day prior to leaving for travel to court, please contact the U.S. Attorney's Office between the hours of 8:30 a.m. and 5:00 p.m. to make sure your appearance is still required. The phone number is 1-800-221-6523 or (757) 441-6331.

Revised 10/03/2016