# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

In re: Grand Jury Subpoena,

MATTHEW COLE,

Subpoenaed Party.

Case No. 4:26dml

4:25G1/NN25-2386

**DECLARATION OF DAVID A. O'NEIL IN SUPPORT OF MATTHEW COLE'S MOTION TO CONTINUE**

I, David A. O'Neil, declare as follows:

1. I am a Partner at Debevoise & Plimpton LLP ("Debevoise") and serve as counsel to Matthew Cole ("Mr. Cole"). I am familiar with the facts set forth herein and submit this declaration in support of Mr. Cole's Motion to Continue.

2. In light of the Fourth Circuit's decision in *In re: Application of the United States of America for an Order Pursuant to 18 U.S.C. Section 2703(d)*, 26-4303 (4th Cir. Nov. 10, 2026) (the "LinkedIn Case"), counsel for Mr. Cole contacted the Government on November 11, 2026, to seek its position on a potential adjournment of the hearing currently scheduled for November 19, 2026 at 10:30 A.M. in this action.

3. On November 12, the Government responded that it did not support an adjournment of the hearing. The Government also noted that the Fourth Circuit's "decision being issued publicly does permit" the Government to address Mr. Cole's prior request for disclosure of any third-party process related to Mr. Cole.

4. The Government disclosed that a LinkedIn account "believed to be used by Mr. Cole (among others) was one of the subjects of the [redacted] seeking non-content information" in the LinkedIn Case and that the Government had received no such records to date.

5. The Government further explained that it "also sought via [redacted] certain subscriber information and toll records from AT&T regarding a wireless account believed to be used by Mr. Cole" and that the [redacted] issued with that [redacted] had expired on November 10, 2026. The Government did not disclose whether it had received records pursuant to that [redacted].

6. The Government stated that "[t]hese are the two efforts in this investigation to obtain records from third parties related to Mr. Cole" and that "[b]oth requests, and the related [redacted], were duly authorized within the Department of Justice." It did not offer further information supporting either assertion.

7. A true and correct copy of the above-referenced e-mail exchange is attached as Exhibit B.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

By: */s/ David A. O'Neil*
David A. O'Neil

DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 383-8040

*Attorney for* Movant Matthew Cole

*Admitted *Pro hac vice.*