# EXHIBIT B

**From:** Samuels, Brian (USAVAE)
**To:** Andrew Bosse; Ferrentino, Joshua (NSD)
**Cc:** O"Neil, David A.; Osyf, Peter (USAVAE)
**Subject:** RE: In re Cole, 4:26-dm-1
**Date:** Thursday, November 12, 2026 8:54:20 AM
**Attachments:** image001.png

---

Andrew – Thanks for your email and your patience while we worked to connect and discuss this morning and get back to you all quickly. We appreciate your request, but do not believe a continuance is warranted for the hearing for next week. In our view, the issues presented in that litigation are distinct enough from those with respect to the grand jury subpoena. There could also well be considerable delay until any final resolution and/or any remand.

The LinkedIn decision being issued publicly does permit us to address, however, your prior request for any third-party process related to Mr. Cole. A LinkedIn account believed to be used by Mr. Cole (among others) was one of the subjects of the [redacted] seeking non-content information. As you likely noted, we have received no such records to date. Additionally, the government also sought via [redacted] certain subscriber information and toll records from AT&T regarding a wireless account believed to be used by Mr. Cole (tel. no. [redacted]). An [redacted] was issued with that [redacted] that expired on November 10, 2026. These are the two efforts in this investigation to obtain records from third parties related to Mr. Cole. Both requests, and the related [redacted], were duly authorized within the Department of Justice.

Thanks much for consulting with us here.

Best- BJS

Brian Samuels
Assistant United States Attorney
USAO-EDVA
Newport News Division
O: 757-591-4032
C: 757-510-5132

---

**From:** Andrew Bosse <abosse@bkbfirm.com>
**Sent:** Wednesday, November 11, 2026 5:27 PM
**To:** Ferrentino, Joshua (NSD) <joshua.ferrentino2@usdoj.gov>; Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov>

**Cc:** O'Neil, David A. <daoneil@debevoise.com>
**Subject:** [EXTERNAL] In re Cole, 4:26-dm-1

Good afternoon Josh, Brian,

We are considering a motion to continue or adjourn next week's hearing in the Cole matter in light of the Fourth Circuit's ruling in the LinkedIn case yesterday – we think the resolution of that case on remand will be material to the issues in front of Judge Davis. Would you please let us know whether you would consent to an adjournment? I know I'm emailing you on a federal holiday, but given the timing we would like to get something on file soon.

Best,

Andrew

Baughman Kroup Bosse

Andrew Bosse
500 E. Main Street, Suite 1400 – Norfolk
1 Liberty Plaza, 4th Floor – New York
(757) 477-6989 (Cell); (757) 916-5771 (Desk)
www.BKBfirm.com