***UNITED STATES DISTRICT COURT***
*EASTERN DISTRICT OF VIRGINIA*
NEWPORT NEWS DIVISION

**THURSDAY, NOVEMBER 19, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Paul McManus, OCR

| Set: 10:30 am | Started: 10:33 am | Ended: 1:12 pm |
|---|---|---|

**Civil Case No. 4:26-DM-1**

**In Re: Grand Jury Subpoena,**

**Matthew Cole**

David O'Neil and Andrew Bosse, on behalf of movant, Matthew Cole.

Brian Samuels and Joshua Ferrenetino, on behalf of the USA.

Matter came on for motion hearing.

Comments of the Court heard.

Arguments of counsel heard.

Movant Exhibits presented and, with no objection, made a part of the record.

As for reasons stated from the bench, the Court directs the Government to file an ex parte submission within 14 days.

The Court takes the matter under advisement.

Court adjourned.