X ← **Post** Log in Sign up

**Jared Kushner**
@jaredkushner

.@VanityFair posted an excerpt from a book containing outrageous and categorically false allegations.

The allegations made by this author are completely insane and never happened. We denied every one of these claims on the record, yet the author failed to provide a single shred of evidence to substantiate any of them. No bank statements, wire transfer records, account numbers, transaction dates, or other verifiable details were provided to support these extraordinary accusations.

During the period in question, I was one of the most scrutinized people in the world, subjected to intense media coverage, multiple congressional investigations, and a special counsel investigation. I voluntarily cooperated with these investigations, providing over 30 hours of testimony. None of these allegations ever surfaced, because none of these events ever happened.

These are outrageous fabrications being presented as investigative journalism. This is not journalism. It is a mixture of fantasy, fiction, and advocacy, written by someone who is either deeply disturbed or acting with sinister intent.



Exhibit 1

a signatory or the owner, Jared was r
he Internal Revenue Service to disclo
ved by the US government and repo
account may have violated US law. (
knowledge of or connection to Al Fa
that he had complied with all legal r

his messages
nyahu. With t
: MBZ's paym
account. (An
ny UAE mon
half. "I know
pecific allega
ushner's cou
"there are no

Last edited 4:54 PM · Oct 22, 2026 · **1.6M** Views

4.7K 1.8K 7.2K 887

**Oversight Dems** @OversightDems · Oct 22

Again, you're welcome to come in under oath and set the record straight any time.

66 361 8K 84K

**Rick Compton** @rickcomp52 · Oct 22

There will be a committee waiting to speak to you in January.

11 45 4.8K 73K

**Jo** @JoJoFromJerz · Oct 22

You're a fucking liar, and every time you post this shit, you look worse than you did before.

23 161 3.7K